AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>Adoni MORALES-Morales<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.  25-3505 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 30, 2025__ in the county of __Doña Ana__ in the __State and__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1326(a)(1),(2) | an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully |

This criminal complaint is based on these facts:
On August 30, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States.  Record checks revealed that the Defendant had been previously deported to Mexico via Harlingen, Texas on or about March 27, 2024. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Ruby Cordova, Border Patrol Agent
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: __09/01/2025__

*Judge's signature*

City and state: __Las Cruces, New Mexico__

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*