FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 20 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. 25-4366 RB |
| Plaintiff, | ) |
| | ) Count 1: 8 U.S.C. §§ 1326(a) and (b): |
| vs. | ) Re-entry of a Removed Alien |
| | ) |
| **ADONI MORALES-MORALES,** | ) Count 2: 50 U.S.C. § 797: |
| | ) Penalty for Violation of Security |
| Defendant. | ) Regulations |
| | ) |
| | ) Count 3: 18 U.S.C. § 1382: Entering |
| | ) Military Property |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about August 30, 2025, the defendant, **ADONI MORALES-MORALES**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Dona Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about March 27, 2024, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

### Count 2

On or about August 30, 2025 in Dona Ana County, in the District of New Mexico, the defendant, **ADONI MORALES-MORALES**, by knowingly and unlawfully entering the United

States from the Republic of Mexico, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

## Count 3

On or about August 30, 2025, in Dona Ana County, in the District of New Mexico, the defendant, **ADONI MORALES-MORALES**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1326, reentry after deportation.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
Acting United States Attorney

JACKSON K. DERING V
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304